## CERTIFICATE OF CONFERENCE

I certify that I have conferred with appellant Mr. Borisov by email. He responded

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:00:38 PM
CHRISTOPHER A. PRINE
Clerk

on November 12, 2015. I am attaching the correspondence with this motion. His

response is unclear as to whether he is opposed to the motion so, in an abundance of

caution, I am going to assume he is opposed to Appellee's Motion to Dismiss for Lack of

Jurisdiction.

/S/ Patrick E. Nagorski
PATRICK E. NAGORSKI
Assistant County Attorney

5